[Docket No. 7]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

EDWARD VOURAS

           Plaintiff,

   v.

CITY OF ATLANTIC CITY,

         Defendant.

Civil Action No.
11-cv-6664 RMB/JS

**ORDER**

    THIS MATTER coming before the Court upon Defendant's Motion to Dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the papers; and the Court having issued an Opinion on the motion;

    IT IS HEREBY **ORDERED** that Defendant's Motion is GRANTED, in part, and DENIED, in part as discussed in the Opinion.

                      s/Renée Marie Bumb
                      RENÉE MARIE BUMB
                      UNITED STATES DISTRICT JUDGE

Dated: August 16, 2012