[Docket No. 7]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EDWARD VOURAS<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ATLANTIC CITY,<br><br>        Defendant. | Civil Action No.<br>11-cv-6664 RMB/JS<br><br>**ORDER** |

THIS MATTER coming before the Court upon Defendant's Motion to Dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the papers; and the Court having issued an Opinion on the motion;

IT IS HEREBY **ORDERED** that Defendant's Motion is GRANTED, in part, and DENIED, in part as discussed in the Opinion.

                                s/Renée Marie Bumb
                                RENÉE MARIE BUMB
                                UNITED STATES DISTRICT JUDGE

Dated: August 16, 2012